IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CR-00147-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| RODERICK LAUADES BROWN (1) | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant pro se pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. (Doc. No. 82).

The defendant seeks redaction of his Presentence Report (PSR) of "any such information by which Petitioner might be barred or prevented from getting the credit and time off as a reward for successful completion of the R-DAP ('Residential Drug Treatment') Program." (Id. at 1). The motion does not detail the specific information at issue, nor does it allege any information in the PSR is inaccurate. Additionally, Rule 60(b) does not provide a way to challenge the PSR in this criminal case. United States v. Jones, 730 F. App'x 172 (4th Cir. 2018) (citing United States v. Mosavi, 138 F.3d 1365, 1366 (11th Cir. 1998) ("Rule 60(b) simply does not provide relief from judgment in a criminal case.")).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 82), is **DISMISSED**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: June 30, 2019

Robert J. Conrad, Jr.
United States District Judge