IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CR-00147-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RODERICK LAUADES BROWN (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se to reconsider the denial of his motion to amend or correct the presentence report. (Doc. No. 85).

The defendant contends that the Statement of Reasons (SOR) documents a two-level reduction for the removal of the enhancement for possession of a firearm during a drug offense. (Id. at 2). However, the portion of the SOR attached to the motion, (Id. at 4), and the sentencing hearing transcript, (Doc. No. 70 at 4-5), establish that the reduction resulted from an agreement between the parties to apply a minor role reduction to the money laundering offense in Count Two.

**IT IS, THEREFORE, ORDERED** that the defendant's motion to reconsider, (Doc. No. 85), is **DENIED**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: August 6, 2019

Robert J. Conrad, Jr.
United States District Judge